**Order entered July 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00519-CV

### ESTER WILLIAMS, A HOLEE BAIL BONDS, Appellant

### V.

### JOANN SEMPLE, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-06177-C**

## ORDER

The reporter's record in this appeal was due May 31, 2019. When it had not been filed by June 4, 2019, we directed court reporter Janet Wright to file, within thirty days, the reporter's record or written verification no hearings were recorded or appellant had not requested the record. To date, Ms. Wright has not responded.

Because this appeal cannot proceed without the issue of the reporter's record being resolved, we **ORDER** Ms. Wright to file, **no later than July 25, 2019**, either the record or requested verification. *We caution appellant that the appeal may be submitted without the reporter's record should the Court be notified that the record has not been requested. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/      BILL WHITEHILL
            JUSTICE